JODI LINKER
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:         elizabeth_falk@fd.org

Counsel for Defendant RAMIREZ-BECERRA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS RAMIREZ-BECERRA,<br><br>Defendant. | Case No.: CR 25-71005 MAG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DETENTION HEARING AND EXCLUDE TIME** |

The above-captioned matter is scheduled for a detention hearing on November 20, 2025. Defense counsel is now unavailable on that date and therefore, the parties agree that the matter be continued to November 25, 2025 at 1:00 p.m.

The parties further stipulate to an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(iv), and extension of time under Federal Rule of Criminal Procedure 5.1(d), to provide reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, between November 20, 2025 and November 25, 2025. The parties further stipulate that the ends of justice served by excluding the period from

November 20, 2025 and November 25, 2025, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (B)(iv); Fed. R. Crim. P. 5.1(d).

IT IS SO STIPULATED.

| | |
|---|---|
| November 18, 2025<br>Dated | CRAIG MISSAKIAN<br>United States Attorney<br>Northern District of California |
| | /S<br>CHRISTINA LIU<br>Assistant United States Attorney |
| November 18, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>ELIZABETH FALK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

__November 19, 2025__
Dated

SUSAN VAN KEULEN
United States Magistrate Judge

[PROPOSED] STIPULATED ORDER
*RAMIREZ-BECERRA*, CR 25-71005 MAG