1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  CHRISTINA LIU (CABN 308362)
   Assistant United States Attorney
5
      60 South Market Street, Suite 1200
6     San Jose, California 95113
      Telephone: (408) 535-5051
7     FAX: (408) 535-5081
      christina.liu@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,           ) NO. CR 25-71005 MAG
                                        )
14          Plaintiff,                  ) AMENDED NOTICE OF DISMISSAL &
                                        ) ORDER
15      v.                              )
                                        )
16  CARLOS ALBERTO RAMIREZ-BECERRA,     )
                                        )
17          Defendant.                  )
                                        )
18

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20  States Attorney for the Northern District of California dismisses the complaint against defendant Carlos

21  Alberto Ramirez-Becerra.

22

23  DATED:    December 12, 2025                  Respectfully submitted,

24                                               CRAIG H. MISSAKIAN
                                                 United States Attorney
25

26                                               /s/ Martha Boersch
                                                 Martha Boersch
27                                               Chief, Criminal Division

28

AMENDED NOTICE OF DISMISSAL
CR 25-71005 MAG

1  Leave is granted to the government to dismiss the complaint against defendant Carlos Alberto
2  Ramirez-Becerra.

4  Date: December  16 , 2025

   _____
   HON. YVONNE GONZALEZ ROGERS
   United States District Judge

AMENDED NOTICE OF DISMISSAL
CR 25-71005 MAG